THOMPSON, Respondent, v. ADAMS, Appellant. (Supreme Court, Appellate Division, Second Department. December 15, 1904.) Action by Nettie Thompson against Charles E. Adams. No opinion. Judgment and order unanimously affirmed, with costs.

---

TONKIN, Respondent, v. LEDERER, Appellant. (Supreme Court, Appellate Division, Second Department. January 13, 1905.) Action by Nathaniel Tonkin against Bernhard Lederer. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

TOOMEY, Respondent, v. GRAF et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 18, 1905.) Action by Ray T. Toomey against George H. Graf and another.

PER CURIAM. Judgment and order affirmed, with costs.

STOVER, J., not voting.

---

TRIPP, Respondent, v. SEABOARD AIR LINE CO., Appellant. (Supreme Court, Appellate Division, First Department. December 23, 1904.) ·Action by Alicia C. Tripp against the Seaboard Air Line Company. H. S. Marshall, for appellant. F. Pierce, for respondent. No opinion. Judgment and order affirmed, with ·costs.

---

TUITE, Appellant, v. GORDON et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 1, 1904.) Action by Thomas W. Tuite against Mary Ann Gordon and others. No opinion. Order affirmed, with $10 costs and disbursements.

---

TWELFTH WARD BANK v. HENRY ZELTNER CO. (Supreme Court, Appellate Division, First Department. January 13, 1905.) Action by the Twelfth Ward Bank against the Henry Zeltner Company. No opinion. Motion denied, on payment of $10 costs.

---

TYNG v. AMERICAN BEET SUGAR CO. (Supreme Court, Appellate Division, First Department. January 13, 1905.) Action by Morris A. Tyng against the American Beet Sugar ·Company. No opinion. Motion granted.

---

TYNG v. CORPORATION TRUST CO. (Supreme Court, Appellate Division, First Department. January 13, 1905.) Action by Morris A. Tyng against the Corporation Trust Company. No opinion. Motion granted.

---

TYRRELL v. METROPOLITAN ST. R. CO. (Supreme Court, Appellate Division, First Department. January 13, 1905.) Action by Gerard Tyrrell against ·the Metropolitan Street Railroad Company. No opinion. Motion granted.

---

UNIVERSAL TRUST CO., Respondent, v. MARTIN et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 6, 1905.) Action by the Universal Trust Company against Sarah Martin and others. No opinion. Judgment affirmed, with costs.

---

VACCA v. MARTUCCI. (Supreme Court, Appellate Division, First Department. January 20, 1905.) Action by Maria C. Vacca against Michael Martucci. No opinion. Motion denied, with $10 costs.

---

VANCISE, Appellant, v. PETERMAN, Respondent. (Supreme Court, Appellate Division, Fourth Department. ·January 18, 1905.) Action by Oscar Vancise against Stephen L. Peterman.

PER CURIAM. Judgment and order affirmed, with costs.

STOVER, J., not voting.

---

VAN DUNK, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 1, 1904.) Action by John W. Van Dunk, as administrator, etc., against the Erie Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

VAN KANNEL REVOLVING DOOR CO. v. SLOANE et al. (Supreme Court, Appellate Division, First Department. January 20, 1905.) Action by the Van Kannel Revolving Door Company against William and J. Sloane and others. S. Bacon, for plaintiff. A. G. McDonald, for defendants. No opinion. Order affirmed, with $10 costs and disbursements.

---

VAN NORMAN, Appellant, v. FISHER et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 18, 1905.) Action by John Van Norman against Michael A. Fisher and another.

PER CURIAM. Judgment affirmed, with costs.

McLENNAN, P. J., dissents. STOVER, J., not voting.

---

VAYO, Respondent, v. ROSENBERG, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 25, 1905.) Action by .Albert H. Vayo against Matthew A. Rosenberg.

PER CURIAM. Motion to dismiss appeal granted, with $10 costs, unless the appellant, within 10 days after date of service of a copy of this order, together with notice of entry thereof, file and serve the printed papers on appeal as provided by rule 41, and pay $10 costs of this motion, in which event the motion is denied, without costs.